IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARC A. MANZO,<br>    ID # 42139-044,<br>        Plaintiff, | § § § § | |
| v. | § § | No. 3:23-CV-2449-D |
| FEDERAL BUREAU OF<br>PRISONS, et al.,<br>        Defendants. | § § § § | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge, in accordance with 28 U.S.C. § 636(b)(1), the court is of the opinion that the findings and conclusions of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court. Plaintiff's motion for emergency injunctive relief (ECF No. 10) is denied, and this action, by separate judgment, is dismissed with prejudice pursuant to 28 U.S.C. §§ 1915A and 1915(e).

**SO ORDERED.**

October 29, 2025.

SIDNEY A. FITZWATER
SENIOR JUDGE